# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR19    0060

*UNDER SEAL*

FILED
FEB -5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

EID ABDELWAHHAB,

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS:

26 U.S.C. § 5861(d) – Possession of Unregistered Firearm

18 U.S.C. § 922(o) – Possession of Machinegun

18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 49 U.S.C. § 80303 – Forfeiture of Firearm and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this ___5___ day of

FEB. 2019

**ELAINE KABILING**
Clerk

Bail, $ No bail warrant

LAUREL BEELER

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

26 U.S.C. 5861(d) - Possession of Unregistered Firearm;
18 U.S.C. 922(o) – Possession of Machinegun

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum 10 years imprisonment;
Maximum supervised release term 3 years;
Maximum $10,000 fine;
Restitution as determined by the Court;
Mandatory special assessment $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
FEB - 5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ EID ABDELWAHAB

**DISTRICT COURT NUMBER**
CR19 0060 WHO

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Meredith B. Osborn

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney



FILED
FEB -5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR19  0060  WHO

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: 26 U.S.C. § 5861(d) – Possession of |
| | ) Unregistered Firearm; 18 U.S.C. § 922(o) – |
| v. | ) Possession of Machinegun; 18 U.S.C. § 924(d), 26 |
| | ) U.S.C. § 5872, 28 U.S.C. § 2461(c), 49 U.S.C. § |
| EID ABDELWAHHAB, | ) 80303 – Forfeiture of Firearm and Ammunition |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:     (26 U.S.C. § 5861(d) – Possession Of Unregistered Firearm)

1. On or about October 12, 2018, in the Northern District of California, the defendant,

EID ABDELWAHHAB,

knowingly possessed a firearm, specifically, a Glock-style firearm with a fully-automatic back plate installed and an extended magazine, which was "a machinegun" as defined in 26 U.S.C. § 5845(b), in that it was a weapon that shoots, is designed to shoot, and which can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, and this

INDICTMENT

1 | firearm was not registered in the National Firearms Registration and Transfer Record, in violation of
2 | Title 26, United States Code, Section 5861(d).

4 | COUNT TWO:         (18 U.S.C. § 922(o) – Possession of a Machinegun)
5 |         2.      On or about October 12, 2018, in the Northern District of California, the defendant,
6 |                                         EID ABDELWAHHAB,
7 | knowingly transferred and possessed a machinegun, specifically, a Glock-style firearm with a fully-
8 | automatic back plate installed and an extended magazine, in violation of Title 18, United States Code,
9 | Section 922(o)(1).

11 | FORFEITURE ALLEGATION:      (18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 49
12 | U.S.C. § 80303)
13 |         3.      The allegations contained in Counts One and Two of this Indictment are re-alleged and
14 | incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code,
15 | Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section
16 | 2461(c), and Title 49, United States Code, Section 80303.
17 |         4.      Upon a conviction of the offenses alleged in the above counts, the defendant,
18 |                                         EID ABDELWAHHAB,
19 | shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26,
20 | United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49, United
21 | States Code, Section 80303, any firearm and ammunition involved or used in said violations, including
22 | but not limited to a Glock-style firearm with a fully-automatic back plate installed and an extended
23 | magazine, and any aircraft, vehicle, or vessel involved in said violation.
24 |         5.      If any of the property described above, as a result of any act or omission of the defendant:
25 |                 a.      cannot be located upon exercise of due diligence;
26 |                 b.      has been transferred or sold to, or deposited with, a third party;
27 |                 c.      has been placed beyond the jurisdiction of the court;
28 |                 d.      has been substantially diminished in value; or

INDICTMENT

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

  All pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303, and the procedures set forth in Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 2/5/2019          A TRUE BILL.

                 _____
                 FOREPERSON

DAVID L. ANDERSON
United States Attorney

STEPHEN J. MEYER
Chief, Organized Crime Strike Force

(Approved as to form: _____ )
      AUSA MEREDITH OSBORN

INDICTMENT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



## CRIMINAL COVER SHEET  FILED

*Instructions*: Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

FEB -5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

WHO

| | |
|---|---|
| **CASE NAME:** USA v. EID ABDELWAHHAB | **CASE NUMBER:** CR19 0060 |
| **Is This Case Under Seal?** | Yes |
| **Total Number of Defendants:** | One |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | No |
| **Venue (Per Crim. L.R. 18-1):** | SF |
| **Is this a potential high-cost case?** | No |
| **Is any defendant charged with a death-penalty-eligible crime?** | No |
| **Is this a RICO Act gang case?** | No |
| **Assigned AUSA (Lead Attorney):** Meredith B. Osborn | **Date Submitted:** 2/5/2019 |

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)